PAUL A. FLAMMER et al., Individually and as Parents and Natural Guardians of LORI FLAMMER, an Infant, Appel-

lants, v FOUR SEASONS INSULATION AND SUPPLY, INC., et al., Respondents. [604 NYS2d 842] —Motion for extension of time granted; motion for a stay denied as unnecessary. Memorandum: The motion for a stay is unnecessary *(see,* CPLR 321 [c]). Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Sept. 17, 1993.)